CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2015

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PHILLIP DARIUS CRAYTON,　　　　) | | |
| 　　　　Plaintiff,　　　　　　　　　) | Civil Action No. 7:15-cv-00441 | |
| 　　　　　　　　　　　　　　　　　) | | |
| v.　　　　　　　　　　　　　　　) | **DISMISSAL ORDER** | |
| 　　　　　　　　　　　　　　　　　) | | |
| MICHAEL MULLINS, <u>et al</u>,　　　) | By:　Michael F. Urbanski | |
| 　　　　Defendant(s).　　　　　　　) | 　　　United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 14th day of September, 2015.

/s/ *Michael F. Urbanski*
_____
United States District Judge